IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS           : Consolidated Under
LIABILITY LITIGATION (No. VI)      : MDL DOCKET NO. 875
                                   :
CERTAIN PLAINTIFFS                 :
                                   : Cases in which the Plaintiff
      v.                           : is Represented by Cascino
                                   : Vaughn Law Offices
CERTAIN DEFENDANTS                 :

FILED OCT 25 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**O R D E R**

**AND NOW**, this **21st** day of **October 2010** it is hereby **ORDERED** that the cases listed in "Exhibit A" attached are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41.1(b).

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

EXHIBIT A to the October 6, 2010 Cascino Vaughn Case Break Down
Case 2:09-cv-64732-ER   Document 7   Filed 10/25/10   Page 2 of 10

9/17/2010                    EXH. G GROUP "A" CASES - DISMISS
                                                                                Page 1

| PAED | Caption |
|---|---|
| 08-CV-88260 | WALLS v. ANCHOR PACKING COMPANY et al |
| 08-CV-88393 | DIERLAM et al v. THE ANACONDA COMPANY et al |
| 08-CV-88394 | NEWTON v. ACANDS INC et al |
| 08-CV-88408 | MARTINEZ et al v. CROWN CORK & SEAL et al |
| 08-CV-88516 | WALKER et al v. A P GREEN et al |
| 08-CV-88551 | BELL v. ANCHOR PACKING COMPANY et al |
| 08-CV-89754 | GRANT et al v. A.P. GREEN REFRACTORIES et al |
| 08-CV-89779 | KOROSEC et al v. 3M COMPANY |
| 08-CV-89907 | HARNEY v. A. P. GREEN INDUSTRIES, INC. et al |
| 08-CV-90202 | TUCKER v. A.C. AND S., INC. et al |
| 08-CV-90222 | PEHLKE v. A. C. AND S., INC. et al |
| 08-CV-90257 | DINSMORE v. A.C. AND S., INC. et al |
| 08-CV-90261 | TASSONE v. CERTAINTEED CORPORATION et al |
| 08-CV-90272 | SCROGGINS v. ANCHOR PACKING COMPANY et al |
| 08-CV-90301 | GNEWUCH et al v. ACANDS, INC. et al |
| 08-CV-91081 | DRUMMER v. AC AND S INC et al |
| 08-CV-91115 | FRANKLIN v. A&M INSULATION CO et al |
| 08-CV-91125 | JONES v. AC AND S INC et al |
| 08-CV-91185 | CARTER v. AC AND S INC et al |
| 08-CV-91220 | EMMITT v. A&M INSULATION COMPANY et al |
| 08-CV-91225 | KERMIT v. AC AND S INC et al |
| 08-CV-91361 | KALLOCK v. AW CHESTERTON et al |
| 08-CV-91363 | CASAS v. AW CHESTERTON et al |
| 08-CV-91415 | BROWN v. AC AND S INC et al |
| 08-CV-91512 | JOHNSON et al v. A P GREEN REFRACTORIES CO et al |
| 08-CV-91520 | DODD v. ANCHOR PACKING COMPANY et al |
| 08-CV-91539 | ENLOE et al v. ANCHOR PACKING COMPANY et al |
| 08-CV-91642 | BROWN v. ANCHOR PACKING COMPANY et al |
| 08-CV-91708 | SCOHY et al v. ANCHOR PACKING COMPANY et al |
| 08-CV-91719 | LAFRENZ et al v. ANCHOR PACKING COMPANY et al |
| 08-CV-91740 | SWISHER v. AC & S, INC. et al |
| 08-CV-91745 | BURNS v. ACANDS INC et al |
| 08-CV-91747 | KNEER v. ACANDS INC et al |
| 08-CV-91770 | FARLOW v. AP GREEN REFRACTORIES CO et al |
| 08-CV-91821 | GERRY v. ANCHOR PACKING COMPANY et al |
| 08-CV-92007 | WHITE v. ANCHOR PACKING COMPANY et al |
| 08-CV-92127 | JOHNSON v. A C & S INC et al |
| 08-CV-92142 | ROBERTS v. A C & S INC. et al |
| 08-CV-92149 | JOHNSON v. A C & S INC et al |
| 08-CV-92165 | HUTCHINSON v. A P GREEN INDUSTRIES et al |
| 08-CV-92204 | CUMMINS v. A C & S INC et al |
| 08-CV-92312 | SCHULTZ v. A C & S INC. et al |
| 09-CV-60172 | GADBOW et al v. THE ANCHOR PACKING COMPANY et al |
| 09-CV-60179 | JONOVIC et al v. AP GREEN REFRACTORIES CO. et al |
| 09-CV-60297 | PINTZ v. A.C. AND S., INC. et al |
| 09-CV-60322 | TROUDT v. ANCHOR PACKING CO et al |

9/17/2010 — EXH. G GROUP "A" CASES - DISMISS

Page 2

| PAED | Caption |
|---|---|
| 09-CV-60323 | TROUDT v. ANCHOR PACKING CO et al |
| 09-CV-60397 | SELIG et al v. ERRICSON RADIO SYSTEMS INC et al |
| 09-CV-60469 | LUDWIG et al v. ACANDS INC et al |
| 09-CV-60474 | SUHOREPETZ v. ACANDS INC et al |
| 09-CV-60475 | SWIFT v. ACANDS INC et al |
| 09-CV-60486 | SCHMIT v. ACANDS INC et al |
| 09-CV-60488 | SLAMKA v. ACANDS INC et al |
| 09-CV-60491 | PARYSZ v. ACANDS INC et al |
| 09-CV-60496 | VAN BEEK v. ACANDS INC et al |
| 09-CV-60511 | VIOLA v. ACANDS INC et al |
| 09-CV-60533 | HOFF v. ACANDS INC et al |
| 09-CV-60534 | LIJEWSKI v. ACANDS INC et al |
| 09-CV-60541 | SCHULTE v. FOSTER WHEELER CORP et al |
| 09-CV-60542 | CHAPMAN v. ANCHOR PACKING CO et al |
| 09-CV-60548 | NEDLAND v. CERTAINTEED CORP. et al |
| 09-CV-60549 | WROBLEWSKI v. ALBANY INTERNATIONAL CORP. et al |
| 09-CV-60667 | CROMWELL v. A P GREEN et al |
| 09-CV-60670 | POLLMAN v. A P GREEN et al |
| 09-CV-60692 | BLANTON v. ANCHOR PACKING COMPANY et al |
| 09-CV-60693 | JENKINS v. ANCHOR PACKING COMPANY et al |
| 09-CV-60753 | DAVIDSON et al v. ILLINOIS POWER COMPANY |
| 09-CV-60754 | KLAYER et al v. ILLINOIS POWER COMPANY |
| 09-CV-60755 | MOORE et al v. ILLINOIS POWER COMPANY |
| 09-CV-60756 | ORR et al v. ILLINOIS POWER COMPANY |
| 09-CV-60757 | REUTHER et al v. ILLINOIS POWER COMPANY |
| 09-CV-60758 | THOMPSON et al v. ILLINOIS POWER COMPANY |
| 09-CV-60759 | WARBRITTON et al v. ILLINOIS POWER COMPANY |
| 09-CV-60810 | NOLAN v. A P GREEN et al |
| 09-CV-60948 | GOETSCH v. ACANDS, INC. et al |
| 09-CV-60959 | HERRINGER v. ACANDS, INC. et al |
| 09-CV-60981 | WRIGHT v. ACANDS, INC. et al |
| 09-CV-61068 | JONES v. ANCHOR PACKING CO et al |
| 09-CV-61083 | CHAPP v. ANCOR PACKING CO. et al |
| 09-CV-61117 | ANDERSON v. ANCHOR PACKING CO et al |
| 09-CV-61254 | ZABORSKI v. ANCHOR PACKING CO et al |
| 09-CV-61259 | MARQUARDT v. CERTAINTEED CORPORATION et al |
| 09-CV-61266 | COOPER v. ARMSTRONG CONTRACTING & SUPPLY CO et al |
| 09-CV-61308 | BENNINGTON v. ANCHOR PACKING CO et al |
| 09-CV-61325 | MOELLER v. ACANDS INC et al |
| 09-CV-61331 | KASUN v. ACANDS INC et al |
| 09-CV-61341 | CADOTTE v. ACANDS INC et al |
| 09-CV-61344 | HOAGLAN v. ACANDS INC et al |
| 09-CV-61349 | SCHMOLKER v. ACANDS INC et al |
| 09-CV-61360 | BIEGANSKI v. ANCHOR PACKING CO et al |
| 09-CV-61378 | SCHMIDT v. ANCHOR PACKING CO et al |
| 09-CV-61396 | BLAZER v. ANCHOR PACKING CO et al |

9/17/2010                    EXH. G GROUP "A" CASES - DISMISS

Page 3

| PAED | Caption |
|---|---|
| 09-CV-61484 | MADIERA v. ANCHOR PACKING CO et al |
| 09-CV-61504 | DRABEK v. ACANDS INC et al |
| 09-CV-61538 | COLWELL v. ANCHOR PACKING CO et al |
| 09-CV-61547 | PLANK v. ANCHOR PACKING CO et al |
| 09-CV-61548 | MCGAVER v. ANCHOR PACKING CO et al |
| 09-CV-61549 | FISHER v. ANCHOR PACKING CO et al |
| 09-CV-61551 | LACHAPPELLE v. ANCHOR PACKING CO et al |
| 09-CV-61552 | WHITE v. ANCHOR PACKING CO et al |
| 09-CV-61553 | NIKLAUS v. ANCHOR PACKING CO et al |
| 09-CV-61554 | LEUZ v. ANCHOR PACKING CO et al |
| 09-CV-61555 | FISHER v. ANCHOR PACKING CO et al |
| 09-CV-61556 | HOLSCHBACH v. ANCHOR PACKING CO et al |
| 09-CV-61557 | KELLING v. ANCHOR PACKING CO et al |
| 09-CV-61559 | WINKELMAN v. ANCHOR PACKING CO et al |
| 09-CV-61560 | FISCHER v. ANCHOR PACKING CO et al |
| 09-CV-61561 | HEMBEL v. ANCHOR PACKING CO et al |
| 09-CV-61563 | JOHNSON v. ANCHOR PACKING CO et al |
| 09-CV-61564 | SIEFKES v. ANCHOR PACKING CO et al |
| 09-CV-61565 | MCGAVERv. ANCHOR PACKING CO et al |
| 09-CV-61566 | GREEN v. ANCHOR PACKING CO et al |
| 09-CV-61568 | LACHAPPELLE v. ANCHOR PACKING CO et al |
| 09-CV-61716 | HAYES v. ACANDS INC et al |
| 09-CV-61805 | WARD v. AC AND S INC et al |
| 09-CV-61831 | JACKSON v. AC AND S INC et al |
| 09-CV-61835 | HYDEN v. AC AND S INC et al |
| 09-CV-61867 | RODREGUEZ v. ANCHOR PACKING CO et al |
| 09-CV-62179 | LINSTEDT v. INC. ACANDS et al |
| 09-CV-64574 | DUFFIN v. A C AND S INC. et al |
| 09-CV-64576 | BERRY v. A.W. CHESTERTON CO. et al |
| 09-CV-64580 | HARRIS v. CERTAINTEED CORP. et al |
| 09-CV-64581 | ASH v. CERTAINTEED CORPORATION et al |
| 09-CV-64595 | SIMES v. A C AND S INC et al |
| 09-CV-64597 | BURNS v. A C AND S INC et al |
| 09-CV-64624 | MONTGOMERY v. A C AND S INC et al |
| 09-CV-64658 | BUIE v. A C AND S INC et al |
| 09-CV-64732 | SMITH v. A C AND S INC et al |
| 10-CV-61416 | LANGSDORF v. ANCHOR PACKING COMPANY et al |
| 10-CV-61440 | MORRISON v. ASBESTOS CLAIMS et al |
| 10-CV-61444 | JOHNSON v. ABEX CORP. et al |
| 10-CV-61453 | BORRE V. THE A.P. GREEN REFRACTORIES CO. |
| 10-CV-61455 | KOSTUCH V. THE A.P. GREEN REFRACTORIES CO. |
| 10-CV-61456 | KSTETLER V. THE A.P. GREEN REFRACTORIES CO. |
| 10-CV-61462 | KAPPEL v. A.C. AND S., INC. et al |
| 10-CV-61463 | HENDRICKS v. A.C. AND S., INC. et al |
| 10-CV-61464 | ECKLUND v. A.C. AND S., INC. et al |
| 10-CV-61468 | SKOLA v. A.C. AND S., INC. et al |

| PAED | Caption |
|---|---|
| 10-CV-61469 | ECKLUND v. A.C. AND S., INC. et al |
| 10-CV-61470 | HENDRICKS v. A.C. AND S., INC. et al |
| 10-CV-61471 | KAPPEL v. A.C. AND S., INC. et al |
| 10-CV-61483 | CUNNINGHAMN v. ANCHOR PACKING CO et al |
| 10-CV-61489 | SLABAK v. ANCHOR PACKING CO et al |
| 10-CV-61490 | SMITH v. ANCHOR PACKING CO et al |
| 10-CV-61491 | SMITH v. ANCHOR PACKING CO et al |
| 10-CV-61492 | SOPER v. ANCHOR PACKING CO et al |
| 10-CV-61495 | WELCH v. ANCHOR PACKING CO et al |
| 10-CV-61498 | BERANEK v. A.C. AND S., INC. et al |
| 10-CV-61499 | OPLAND v. A.C. AND S., INC. et al |
| 10-CV-61500 | MCCANN v. A.C. AND S., INC. et al |
| 10-CV-61790 | INGRAM v. AC AND S INC et al |
| 10-CV-61811 | GANN v. ABEX CORP et al |
| 10-CV-61831 | MAUGER v. AC AND S INC et al |
| 10-CV-61836 | HOWARD v. AC AND S INC et al |
| 10-CV-61837 | NUNEZ v. AC AND S INC et al |
| 10-CV-61840 | SOMERVILLE v. AC AND S INC et al |
| 10-CV-61860 | MOLITOR v. ACANDS INC. et al |
| 10-CV-61874 | KOKE v. ACANDS INC. et al |
| 10-CV-61899 | MORAWSKI v. ACANDS INC. et al |
| 10-CV-61903 | WUSSOW v. ACANDS INC. et al |
| 10-CV-61927 | SIEFERT v. ACANDS INC et al |
| 10-CV-61949 | JORGENSON v. ACANDS INC et al |
| 10-CV-61965 | BECKER v. ACANDS INC et al |
| 10-CV-61966 | BEYER v. ACANDS INC et al |
| 10-CV-61967 | CONWAY v. ACANDS INC et al |
| 10-CV-61968 | CRAIG v. ACANDS INC et al |
| 10-CV-61969 | DICK v. ACANDS INC et al |
| 10-CV-61970 | EMANUELE v. ACANDS INC et al |
| 10-CV-61973 | HANSEN v. ACANDS INC et al |
| 10-CV-61974 | HERIAN v. ACANDS INC et al |
| 10-CV-61975 | HUMMEL v. ACANDS INC et al |
| 10-CV-61976 | JUNK v. ACANDS INC et al |
| 10-CV-61977 | KREJCOVIE v. ACANDS INC et al |
| 10-CV-61978 | KROISS v. ACANDS INC et al |
| 10-CV-61979 | KUSCH v. ACANDS INC et al |
| 10-CV-61980 | LECLAIR v. ACANDS INC et al |
| 10-CV-61981 | MACIEJEWSKI v. ACANDS INC et al |
| 10-CV-61982 | MAIO v. ACANDS INC et al |
| 10-CV-61983 | MARKOWSKI v. ACANDS INC et al |
| 10-CV-61984 | MELZER v. ACANDS INC et al |
| 10-CV-61985 | MILLER v. ACANDS INC et al |
| 10-CV-61986 | MONFORT v. ACANDS INC et al |
| 10-CV-61987 | NELSON v. ACANDS INC et al |
| 10-CV-61988 | PFEFFERLE v. ACANDS INC et al |

| PAED | Caption |
|---|---|
| 10-CV-61989 | PLASTER v. ACANDS INC et al |
| 10-CV-61990 | POWELL v. ACANDS INC et al |
| 10-CV-61991 | SCHULTZ v. ACANDS INC et al |
| 10-CV-61992 | SCHULZE v. ACANDS INC et al |
| 10-CV-61993 | SORSAK v. ACANDS INC et al |
| 10-CV-61995 | SZYMANSKI v. ACANDS INC et al |
| 10-CV-61996 | VANLANKVELDT v. ACANDS INC et al |
| 10-CV-61997 | WALBRUN v. ACANDS INC et al |
| 10-CV-61998 | WARNER v. ACANDS INC et al |
| 10-CV-61999 | WESELA v. ACANDS INC et al |
| 10-CV-62000 | WETTSTEIN v. ACANDS INC et al |
| 10-CV-62001 | WOLFF v. ACANDS INC et al |
| 10-CV-62002 | WOODRUFF v. ACANDS INC et al |
| 10-CV-62003 | WYNBOOM v. ACANDS INC et al |
| 10-CV-62031 | WILBER V. ACANDS, INC., ET AL. |
| 10-CV-62052 | SCHEFFEL v. ACANDS INC et al |
| 10-CV-62067 | JURAS v. ACANDS INC et al |
| 10-CV-64696 | KRAEMER v. DURABLA MANUFACTURING COMPANY et al |
| 10-CV-64697 | MILLER v. DURABLA MANUFACTURING COMPANY et al |
| 10-CV-64698 | SHUDA v. DURABLA MANUFACTURING COMPANY et al |
| 10-CV-64700 | ROZMENASKI v. DURABLA MANUFACTURING COMPANY et al |
| 10-CV-64701 | STOIBER v. DURABLA MANUFACTURING COMPANY et al |
| 10-CV-67531 | DIGGS v. A.C. AND S., INC. et al |
| 10-CV-67614 | BROOKS v. AC AND S INC et al |
| 10-CV-67715 | AGUIRRE v. COMBUSTION ENGINEERING INC |
| 10-CV-67767 | LECLAIR v. ACANDS INC et al |
| 10-CV-67783 | FREDFICK v. ACANDS INC et al |
| 10-CV-67840 | WINNEMUELLER v. ACANDS INC et al |
| 10-CV-68093 | MILES v. A W CHESTERTON CO et al |
| 10-CV-68103 | CARD v. ACANDS, INC. et al |
| 10-CV-68106 | REINBOLD v. ACANDS, INC. et al |
| 10-CV-68111 | COCHRAN v. AC AND S INC et al |
| 10-CV-68115 | SHEPHERD v. AC AND S INC et al |
| 10-CV-68116 | DUNALP v. AP GREEN REFRACTORIES CO et al |
| 10-CV-68120 | WEST v. AC & S INC et al |
| 10-CV-68125 | KRUEGER et al v. AC AND S INC et al |
| 10-CV-68136 | BISHOP v. AC AND S INC et al |
| 10-CV-68137 | PETROVICS v. AC AND S INC et al |
| 10-CV-68162 | HILL v. ANCHOR PACKING COMPANY et al |
| 10-CV-68175 | LAMBERT v. A P GREEN et al |
| 10-CV-68178 | SCHROYER v. A P GREEN et al |
| 10-CV-68183 | KOBEL v. A P GREEN et al |
| 10-CV-68185 | SCHWIEGHART v. A P GREEN et al |
| 10-CV-68186 | SMITH v. A P GREEN et al |
| 10-CV-68190 | CROMWELL v. A P GREEN et al |
| 10-CV-68191 | GARNER v. A P GREEN et al |

| PAED | Caption |
| --- | --- |
| 10-CV-68192 | LEIGH v. A P GREEN et al |
| 10-CV-68193 | POLLMAN v. A P GREEN et al |
| 10-CV-68196 | LEIGH v. A P GREEN et al |
| 10-CV-68198 | SWEARINGEN v. A P GREEN et al |
| 10-CV-68201 | BISCART v. A P GREEN et al |
| 10-CV-68202 | DAVIDSON v. A P GREEN et al |
| 10-CV-68203 | REUTHER v. A P GREEN et al |
| 10-CV-68204 | THOMPSON v. A P GREEN et al |
| 10-CV-68206 | ORR v. A P GREEN et al |
| 10-CV-68228 | SIDDENS v. COMBUSTION ENGINEERING INC et al |
| 10-CV-68229 | MCCORD v. COMBUSTION ENGINEERING INC et al |
| 10-CV-68230 | YAEGER v. COMBUSTION ENGINEERING INC et al |
| 10-CV-68512 | GREEN v. ANCHOR PACKING COMPANY et al |
| 10-CV-68513 | KENDALL v. ANCHOR PACKING COMPANY et al |
| 10-CV-68514 | LEWIS v. ANCHOR PACKING COMPANY et al |
| 10-CV-68516 | MAESCH v. ANCHOR PACKING COMPANY et al |
| 10-CV-68517 | MAYES v. ANCHOR PACKING COMPANY et al |
| 10-CV-68518 | MONTGOMERY v. ANCHOR PACKING COMPANY et al |
| 10-CV-68519 | NOLAN v. ANCHOR PACKING COMPANY et al |
| 10-CV-68520 | SCIOLDI v. ANCHOR PACKING COMPANY et al |
| 10-CV-68711 | MANN v. ANCHOR PACKING COMPANY et al |
| 10-CV-68770 | CARRICO v. A C AND S INC et al |

**MAILED:**

| | | |
|---|---|---|
| ALGIMANTAS KEZELIS | J. WOLFE | MICHAEL KAEDING |
| AMBER ACHILLES | JACK BLOCK | MICHAEL KOKAL |
| ANDREA COHEN | JACK RILEY | MICHAEL MULVIHILL |
| ANDREW CROSS | JAMES CARTER | MICHAEL O'ROURKE |
| ANDREW KOLB | JAMES CULHANE | MITCHELL MOSER |
| ANDREW MANION | JAMES FIEWEGER | MURRAY ABOWITZ |
| ANDREW WOLF | JAMES HAUSER | NICOLE BEHNEN |
| ANDREW YODER | JAMES HICKEY | NICOLE GOODMAN |
| ANGELA DESLOGE | JAMES SNYDER | NORA PLATT |
| ANNETTE ZIEGLER | JAMES WHEELER | NORMAN LOWERY |
| BARBARA ARISON | JANE DRAGISIC | P. CRANE |
| BARRY ROBIN | JASON BRIA | P. CREBS |
| BEAU SEFTON | JEFFERY MATTHEWS | PATRICIA MCCARTHY |
| BEVERLY GARNER | JEFFREY JANIK | PATRICK FALAHEE |
| BRIAN CAHILL | JEFFREY MCKEAN | PATRICK PHILLIPS |
| BRIAN EBENER | JEFFREY REEL | PATRICK REILLY |
| BRIAN SHAUGHNESS | JEFFREY SCHMECKPEP | PAUL O'FLAHERTY |
| BRIAN TREXELL | JEFFREY SWAN | PETER CARLSON |
| BRUCE KAMPLAIN | JEFFREY ZIPES | PETER HATTON |
| BRUCE MARR | JENNIFER COLLINGON | PETER HICKEY |
| C. DUCEY | JENNIFER FARDY | R. MUTH |
| C. KOEBELE | JENNIFER JOHNSON | R. STOMMEL |
| CAMERON TURNER | JENNIFER JOHNSTON | RAYMOND FAUST |
| CAROL PRYGROSKY | JENNIFER SEIDLER | RICHARD BAKER |
| CAROL TATE | JEROME KRINGS | RICHARD BOLTON |
| CATHY MOLCHIN | JOAN PHILLIPS | RICHARD DELACENSER |
| CECILIA MCCORMACK | JOEL POOLE | RICHARD EWING |
| CHARLES BOHL | JOHN DAMES | RICHARD HUSER |
| CHRISTOPHER HAMILTON | JOHN DIXON | RICHARD KATZ |
| CHRISTOPHER KALLAHER | JOHN EMERY | RICHARD NIESS |
| CHRISTOPHER NICHOLS | JOHN KREIGHBAUM | RICHARD RIEGNER |
| CHRISTOPHER RAISTRICK | JOHN MCDAVID | RICHARD STEINKEN |
| CHUNG-HAN LEE | JOHN NOLAND | ROBERT BOUGHTER |
| CIARA RYAN | JOHN OSTOJIC | ROBERT ELARBEE |
| CLARKE GILLESPIE | JOHN O'SULLIVAN | ROBERT HALEY |
| CRAIG LILJESTRAN | JOMARIE FREDERICKS | ROBERT KEZELIS |
| CREED TUCKER | JONATHAN LIVELY | ROBERT KOPKA |
| DANIEL CHEELY | JOSEPH ALBERTS | ROBERT MCCOY |
| DANIEL DONAHUE | JOSEPH FEEHAN | ROBERT MUELLER |
| DANIEL JARDINE | JOSEPH KRASOVEC | ROBERT RILEY |
| DANIEL O'CONNELL | JOSEPH LAMPO | ROBERT RILEY |
| DANIEL OVERBEY | JOSEPH O'HARA | ROBERT SANDS |
| DAVID BARTEL | JOSEPH SHANNON | ROBERT SHUFTAN |
| DAVID FIELD | JOSEPH STALMACK | ROBERT SHULTZ |
| DAVID MATTINGLY | JOSHUA MURPHY | ROBERT WRENN |
| DAVID MILNE | KARL KOONS | RONALD CURTIS |
| DAVID MUELLER | KATHLEEN BROWE | RONALD PIETTE |
| DAVID ROLF | KATHLEEN MURPHY | ROSEANNE LOFTUS |
| DAVID SINN | KATHY CONDO | RUSSELL HOOVER |
| DEAN PANOS | KEIRA AMSTUTZ | SANJAY SHIVPURI |
| DEBORAH SOLMOR | KEITH HAYS | SARAH LYKE |
| DEMARCUS GORDON | KEITH KINNEY | STEPHAN ROTH |
| DENIS RISCHARD | KELLY CHERF | STEPHANIE SCHARF |
| DENNIS DOBBELS | KENNETH GORENBERG | STEPHEN KAUFMANN |
| DENNIS GRABER | KEVIN GREENWOOD | STEPHEN KRAVIT |
| DENNIS GRZEZINSKI | KEVIN LONG | STEVEN CELBA |
| DEVLIN SCHOOP | KEVIN OWENS | STEVEN HARDIN |

**MAILED(con't):**

| | | |
|---|---|---|
| DIEDRE DUNN | KRISTEN SMITH | STEVEN KIRSCH |
| DONALD BERGER | KRISTIN ACHTERHOF | SUSAN GUNTY |
| DONALD BROAD | KRISTINE KRAFT | SUSAN HANSEN |
| DONALD CARLSON | LAURA O'CONNELL | TANYA HATFIELD |
| DONALD FELLOWS | LEE BAKER | TERENCE SELBY |
| DONALD LIEB | LINDA GRAFT | THOMAS BURNHAM |
| EARL KREMP | LYNNE LAYBER | THOMAS EHRHARDT |
| EDMUND SIEGERT | M. NOVAK | THOMAS GONZALEZ |
| EDWARD HARNEY | MARION RAY | THOMAS HAYES |
| EDWARD MACCABE | MARK JOHNSON | THOMAS MEYER |
| EDWARD RUBERRY | MARK RAKOCZY | THOMAS MIXDORF |
| EDWARD ZAENGLE | MARK ROSEN | THOMAS MURRAY |
| ELIZABETH WOLF | MARK STEICHEN | THOMAS NORBY |
| ERIC ZALUD | MARK TIVIN | THOMAS THIBODEAU |
| FRANCIS MORRISSEY | MARK VELGUTH | THOMAS WILSON |
| FRANCIS MORRISSEY | MARY ANN HATCH | TIMOTHY BROWN |
| FRANK DAILY | MATTHEW HURST | TIMOTHY PIKE |
| FRED MOORE | MAUREEN KELLY | TIMOTHY UEBER |
| G. HEATH | MAUREEN MUNRO | TRAVIS RHOADES |
| GEORGE SOULE | MELISSA SKILKEN | VANI SINGHAL |
| GINO ALIA | MICAH INLOW | VERN HOLZHALL |
| GUS SACOPULOS | MICHAEL CIESLEWICZ | VICTOR LAZZARETTI |
| H. YOUNG | MICHAEL CONNELLY | WILLIAM FAHEY |
| HEATHER RYAN | MICHAEL FLYNN | WILLIAM JOHNSON |
| J. BISHOP | MICHAEL FREEBORN | WILLIAM SERRITELLA |
| J. FITZGERALD | MICHAEL GLACKIN | ZANE LUCAS |
| J. GASS | MICHAEL JASSAK | |

**E-MAILED:**

| | | |
|---|---|---|
| ALLEN VAUGHAN | GREGORY LYONS | NICHOLAS NIZAMOFF |
| ANDREW DETHERAGE | HOWARD MORRIS | OLLIE HARTON |
| BRUCE CLARK | JAMES BOYERS | PATRICK HAGGERTY |
| BRUCE LYON | JAMES DRIES | PATRICK LAMB |
| BRYCE BENNETT | JAMES JACOBSON | PATRICK STUFFLEBEA |
| C. DOUGLAS | JAMES MORRISON | PAUL WOJCICKI |
| CATHERINE MOHAN | JAMES WYNNE | PETER MCKENNA |
| CHRISTOPHER BANASZAK | JANELLE LINDER | PHILLIP SCALETTA |
| CHRISTOPHER LARSON | JASON KENNEDY | RAYMOND MODESITT |
| CHRISTOPHER LEE | JEFFREY HEBRANK | REGINALD BISHOP |
| CHRISTOPHER P.BANASZAK | JENNIFER BLACKWELL | RICHARD JOHNSON |
| CLAYTON RIDDLE | JENNIFER STUDEBAKER | RICHARD SCHUSTER |
| CYNTHIA LOCKE | JOHN DOUGLAS | ROBERT BUNDA |
| DANIEL ELGER | JOHN FONSTAD | ROBERT GAUSS |
| DANIEL LONG | JOHN KUROWSKI | ROBERT HARRIS |
| DANIEL MCGRATH | JONATHAN MATTINGLY | ROBERT LONG |
| DANIEL RUSTMANN | JOSEPH SULLIVAN | ROBERT SPITKOVSKY |
| DANIEL TRACHTMAN | KAYCE GISINGER | ROGER HEIDENREIC |
| DAVID DOGAN | KENT PLOTNER | RUSSELL SCOTT |
| DAVID HENDRICKSO | KEVIN KNIGHT | SHAWANE LEE |
| DAVID MALLON | KIMBERLY SARFF | SHEILA BIRNBAUM |
| DAVID TEMPLE | KIRK HARTLEY | STEPHEN FENNELL |
| DAVID YBARRA | KNIGHT ANDERSON | STEPHEN SCHWARTZ |
| DENNIS CANTRELL | KURT REITZ | SUSAN MEHRINGER |
| DONALD ORZESKE | LAURIE MCLEROY | THOMAS CANNON |
| DOUGLAS KING | LISA DILLMAN | THOMAS GILLIGAN |
| DOUGLAS PROCHNOW | MAJA EATON | THOMAS KERNELL |
| EDWARD CRANE | MARGARET BYRNE | THOMAS SCHRIMPF |

**E-MAILED(con't):**

| | | |
|---|---|---|
| EDWARD HARNEY | MARGARET FOSTER | TIMOTHY KAPSHANDY |
| EDWARD MATUSHEK | MARK FELDMANN | TIMOTHY KRIPPNER |
| EDWARD MCCAMBRIDG | MATTHEW FISCHER | TODD BARSUMIAN |
| ERIC CARLSON | MATTHEW JARDINE | TREVOR WILL |
| FREDERICK MUELLER | MICHAEL BERGIN | WALTER WATKINS |
| FREDERICK WALTON | MICHAEL CASCINO | WILLIAM CROKE |
| GERMAINE WILLETT | MICHAEL DRUMKE | WILLIAM MAHONEY |
| GRADY HOLLEY | MICHAEL ROSENBERG | WILLIAM SHULTZ |
| GREGORY COCHRAN | MICHAEL STACK | WILLIAM SMITH |
| | | WILLIS TRIBLER |